IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES AUSTIN PARKS,

    Plaintiff,                    No. CIV-S-10-1804 CKD P

    vs.

CHAPPELL, et al.,

    Defendants.                <u>ORDER</u>

_____/

        On September 9, 2011 defendants filed a motion for summary judgment. Plaintiff has not opposed the motion. Good cause appearing, IT IS HEREBY ORDERED that within thirty days of the date of this order, plaintiff shall file an opposition to the motion for summary judgment or a statement of non-opposition. Failure to comply with this order will result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b). The Clerk is directed to assign a district judge to this case.

Dated: October 31, 2011

                                      _/s/ Carolyn K. Delaney_
                                      CAROLYN K. DELANEY
                                      UNITED STATES MAGISTRATE JUDGE

3 - park1804.46osc

1